FILED
CLERK U.S. DISTRICT COURT

APR - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL O'MALLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AURORA LOAN SERVICES, LLC, a Delaware Limited Liability Company, and DOES 1 through 100 inclusive,<br><br>Defendant. | CASE NO. CV12-1444 SVW (MRWx)<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Trial Date:     None |

Based on the Stipulation of the parties, the Court hereby dismisses the action in its entirety without prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: April 5, 2012

_____
Hon. Stephen V. Wilson